IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sparks, Richard L

Printed: 12/28/07

Case Number: 07 B 07977
Judge: Wedoff, Eugene R
Filed: 5/1/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: November 5, 2007
Confirmed: August 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,514.00 |  |
| Secured: |  | 60.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,372.24 |
| Trustee Fee: |  | 81.76 |
| Other Funds: |  | 0.00 |
| Totals: | 1,514.00 | 1,514.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,404.00 | 1,372.24 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,418.00 | 60.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 9,797.84 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 83.11 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 113.13 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 698.65 | 0.00 |
| 8. | CB USA | Unsecured | 84.07 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 96.00 | 0.00 |
| 10. | Nicor Gas | Unsecured | 2,766.92 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 341.68 | 0.00 |
| 12. | Corporate America Family CU | Secured |  | No Claim Filed |
| 13. | Corporate America Family CU | Unsecured |  | No Claim Filed |
| 14. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 15. | Mechants & Professional Credit Bureau | Unsecured |  | No Claim Filed |
| 16. | Nicor Gas | Unsecured |  | No Claim Filed |
| 17. | Village of Dolton | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 17,803.40 | $ 1,432.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 81.76 |
|  | _____ |
|  | $ 81.76 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Sparks, Richard L | Case Number:  07 B 07977 |
| | Judge:  Wedoff, Eugene R |
| Printed:  12/28/07 | Filed:  5/1/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

